MCGREGOR W. SCOTT
United States Attorney
JARED C. DOLAN
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. 2:18-MJ-0021-KJN |
|---|---|
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| Mike Herron | |
| | **UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: Jan 30, 2018

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE